**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

06-879 T

Plaintiff(s) or Petitioner(s)
E.I. DuPont de Nemours and Company, Inc., and Affiliated Corporations

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Stephen D. Gardner

Firm Name: Cooley Godward Kronish LLP

Post Office Box:

Street Address: 1114 Avenue of the Americas

City-State-Zip: New York, NY 10036

Telephone & Facsimile Numbers: Tel: (212) 479-6130 Fax: (212) 479-6275

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 2 1 0

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: T R E

See attached sheet for three digit codes.

Amount Claimed: $4,797,466.00

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only)

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.