ORIGINAL

FILED
DEC 2 2 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

E.I. DUPONT DE NEMOURS AND COMPANY, INC., AND AFFILIATED CORPORATIONS, :

Plaintiffs, :

v. : File No. 06-879 T

UNITED STATES OF AMERICA, :

Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, the Plaintiffs state as follows:

(1) E.I. DuPont de Nemours and Company, Inc., was the parent corporation of the Plaintiffs' affiliated group for the taxable periods involved;

(2) Other than E.I. DuPont de Nemours and Company, Inc., no publicly held corporation owned 10% or more of the stock of any of the Plaintiffs for the taxable periods involved;

(3) ConocoPhillips Company is currently the parent corporation of certain members of the Plaintiffs' affiliated group, including Plaintiff Conoco Inc.;

(4) E.I. DuPont de Nemours and Company, Inc., is currently the parent corporation of the remaining members of the Plaintiffs' affiliated group; and,

(5) Other than E.I. DuPont de Nemours and Company, Inc., and ConocoPhillips Company, no publicly held corporation owns 10% or more of the stock of any of the Plaintiffs.

Respectfully submitted,

Dated:

STEPHEN D. GARDNER
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6130

Attorney for Plaintiffs