***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| E.I. DUPONT DE NUMEROUS AND COMPANY, INC. AND AFFILIATED CORPORATIONS, | ) | |
| Plaintiff | ) | |
| v. | ) | **No. 06-879 T** |
| | ) | **(Judge Eric G. Bruggink)** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Benjamin C. King, Jr., as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Benjamin C. King, Jr., Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: January 9, 2007

s/Benjamin C. King, Jr.

Benjamin C. King, Jr., Esquire
U.S. Department Justice Department
Tax Division
Court of Federal Claims Section
202-307-6506
Fax: (202) 514-9440
Benjamin.C.King@usdoj.gov