IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

E.I. DUPONT DE NEMOURS AND COMPANY, INC., AND AFFILIATED CORPORATIONS,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

File No. 06-879 T

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SUPPLEMENTAL DISCLOSURE STATEMENT

Pursuant to Rule 7.1(b) of the Rules of the United States Court of Federal Claims, the Plaintiffs state as follows:

(1) E.I. DuPont de Nemours and Company, Inc., was the parent corporation of the Plaintiffs' affiliated group for the taxable periods involved;

(2) The Seagram Company Ltd., a publicly held corporation, owned 10% or more of the stock of E.I. DuPont de Nemours and Company, Inc., for the taxable years involved;

(3) Other than E.I. DuPont de Nemours and The Seagram Company, Ltd. no publicly held corporation owned 10% or more of the stock of any of the Plaintiffs for the taxable periods involved;

(4) ConocoPhillips Company is currently the parent corporation of certain members of the Plaintiffs' affiliated group, including Plaintiff Conoco Inc.;

(5) E.I. DuPont de Nemours and Company, Inc., is currently the parent corporation of the remaining members of the Plaintiffs' affiliated group; and,

(6) Other than E.I. DuPont de Nemours and Company, Inc., and ConocoPhillips Company, no publicly held corporation currently owns 10% or more of the stock of any of the Plaintiffs.

Respectfully submitted,

Dated: January 11, 2007

_/s/ Stephen D. Gardner_______

STEPHEN D. GARDNER
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6130

Attorney for Plaintiffs