***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| E.I. DUPONT DE NUMEROUS AND COMPANY, INC. AND AFFILIATED CORPORATIONS, | ) | |
| Plaintiff | ) | |
| v. | ) | **No. 06-879 T** |
| | ) | **(Judge Eric G. Bruggink)** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of the time of 59 days, from February 20, 2007, to and including April 20, 2007, of the deadline for the defendant to file its answer or other response to the complaint in the above-captioned case. No prior enlargement of this deadline has been requested. Counsel for the defendant has contacted counsel for plaintiffs who has indicated that plaintiffs do not oppose this motion.

As good cause therefore, defendant has recently been advised by the Internal Revenue Service that they are having difficulty locating the administrative files related to the issues set forth in the complaint in the above-captioned case. The search for the relevant files is complicated by the fact that this case involves a former subsidiary of the plaintiff which was spun off and merged with another company since the years in issue. Defendant has been advised by the IRS that it will take then an additional 50-60 days to obtain the files and determine

whether there are any jurisdictional defects which defendant should assert in this case.

WHEREFORE, defendant requests that the Court extend the deadline for defendant to file its answer or other response to the complaint to April 20, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

February 16, 2007