IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-879 T

(Judge Bruggink)

E.I. duPONT DE NEMOURS AND COMPANY, INC.,
and AFFILIATED CORPORATIONS,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of the time of 7 days, from April 20, 2007, to and including April 27, 2007, of the deadline for the defendant to file its answer or other response to the complaint in the above-captioned case. One prior enlargement of this deadline totaling 59 days has been granted. Counsel for the defendant has contacted counsel for plaintiffs who has indicated that plaintiffs do not oppose this motion.

As good cause therefore, defendant only recently received the Internal Revenue Service administrative files related to the issues set forth in the complaint in the above-captioned case. However, defendant's counsel is currently preparing motions for summary judgment in *Lyman F. Bush, et al. v. United States*, Fed.Cl. No. 02-1041, consolidated with 04-1598, and *Tommy J.*

*Shelton v. United States*, Fed.Cl. No. 02-1042, consolidated with 04-1595, pending before this Court, which pleadings are due to be filed on April 26, 2007. As a result, defendant's counsel has not been able to complete his review the IRS files and prepare the defendant's answer in the above-captioned case. Defendant requests a brief enlargement to allow it time to complete its answer.

WHEREFORE, defendant requests that the Court extend the deadline for defendant to file its answer or other response to the complaint to April 27, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

April 23, 2007