IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-879 T

(Judge Eric G. Bruggink)

---

E.I. duPONT DE NEMOURS AND COMPANY, INC.,
AND AFFILIATED CORPORATIONS,

Plaintiffs

v.

UNITED STATES,

Defendant

---

ANSWER

---

Defendant, the United States, in answer to the complaint of plaintiffs, E.I. duPont De Nemours and Company, Inc, and affiliated corporations, respectfully denies each and every allegation contained therein that is not expressly admitted below. Defendant further responds to each separate paragraph of the complaint as follows:

1. Admits that this is an action to recover a refund of Internal Revenue taxes and related interest; admits that the tax years in question are 1990-1992; denies the remaining allegations in paragraph 1 of the complaint.

2. Admits that jurisdiction, to the extent it exists, would be based on 28 U.S.C. § 1491; states that defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 2 of the complaint.

3. States that defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of the complaint.

4. Admits that the documents identified as Exhibits A, b, and C to the complaint are copies of the Form 851 filed with the plaintiffs' returns for the years in question; states that defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 4 of the complaint.

5. Admits the allegations in paragraph 5 of the complaint.

6. Admits that plaintiffs' seek a refund of $1,713,135.00 for their 1990 tax year; states that defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 6(a) of the complaint; admits the allegations in paragraphs 6(b) and 6(c) of the complaint.

7-11. Admits the allegations in paragraphs 7-11 of the complaint.

12. In response to the allegations in paragraph 12 of the complaint the defendant incorporates and restates its responses to paragraphs 1-5 of the complaint.

13. Admits that plaintiffs' seek a refund of $2,708,658.00 for their 1991 tax year; states that defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 13(a) of the complaint; admits the allegations in paragraphs 13(b) and 13(c) of the complaint.

14-18. Admits the allegations in paragraphs 14-18 of the complaint.

19. In response to the allegations in paragraph 19 of the complaint the defendant incorporates and restates its responses to paragraphs 1-5 of the complaint.

20. Admits that plaintiffs' seek a refund of $375,673.00 for their 1992 tax year; states that defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 20(a) of the complaint; admits the allegations in paragraphs 20(b) and 20(c) of the complaint.

21-25. Admits the allegations in paragraphs 21-25 of the complaint.

26-36. States that defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 26-37 of the complaint.

37. Denies the allegations in the first sentence of paragraph 37 of the complaint; states that defendant lacks knowledge or information sufficient to form a belief at to the truth of the remaining allegations in paragraph 37 of the complaint.

38-39. Denies the allegations in paragraphs 38 and 39 of the complaint.

40. States that defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40 of the complaint.

WHEREFORE, defendant prays that the complaint of plaintiffs, E.I., duPont De Nemours and Company, Inc., and affiliated corporations, be dismissed with prejudice, with defendant's

costs to be taxed against the plaintiff and with such other relief as the Court deems appropriate and just.

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

April 27, 2007