# In the United States Court of Federal Claims

No. 06-879T
(Filed: June 27, 2007)

*********************************
E.I. DuPONT de NEMOURS & Co.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*,
*********************************

ORDER

A telephonic status conference to discuss the parties' Joint Preliminary Status Report will be held Tuesday, July 10, 2007, at 10:00 a.m. The call will be placed from chambers and will be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge