# In the United States Court of Federal Claims

No. 06-879T
(Filed: July 10, 2007)

**********************************
E.I. DuPONT de NEMOURS & Co.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*,
**********************************

ORDER

Based on the representations made in the Joint Preliminary Status Report and the telephonic status conference held on July 10, 2007, the following is ordered:

1. The court adopts the parties' proposed plan for discovery. Discovery shall be completed on or before January 7, 2008.

2. The parties shall file a joint status report discussing the status of settlement and the necessity of further proceedings on or before January 7, 2008.

3. A telephonic status conference to discuss the progress of discovery will be held on Wednesday, November 7, 2007, at 11 a.m. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge