# In the United States Court of Federal Claims

No. 06-879T
(Filed: November 7, 2007)

*********************************
E.I. DuPONT de NEMOURS & Co.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*,
*********************************

ORDER

Pursuant to the telephonic status conference on November 7, 2007, defendant shall file a status report on behalf of both parties on or before Thursday, January 31, 2008, summarizing the progress made towards ending discovery and suggesting any other necessary procedures.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge