IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-879 T

(Judge Bruggink)

E.I. DUPONT DE NEMOURS AND COMPANY, INC.,
AND AFFILIATED CORPORATIONS,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order of November 7, 2007, the parties submit the following joint status report regarding the progress in completing discovery in the above-captioned case.

The defendant has propounded, and plaintiffs have responded to, written discovery requests. Plaintiffs produced five boxes of documents responsive to defendant's discovery requests. Defendant's counsel is completing his review of those documents. Counsel for the parties are meeting on February 8, 2008, to discuss further discovery, including the scope of any expert witness discovery. The parties will also discuss possible settlement of this case. The parties request that discovery be allowed to continue in this case and that they submit another

joint status report on February 29, 2008, outlining the parties proposal for further proceedings in this case.

Respectfully submitted,

1/28/08
DATE

s/Stephen D. Gardner
STEPHEN D. GARDNER
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6130

Counsel for Plaintiffs

1/28.08
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

1/28/08
DATE

s/David Gustafson
Of Counsel

Counsel for Defendant