IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-879 T

(Judge Bruggink)

E.I. DUPONT DE NEMOURS AND COMPANY, INC.,
AND AFFILIATED CORPORATIONS,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order of November 7, 2007, the parties submit the following joint status report regarding the progress in completing discovery in the above-captioned case.

The parties met on February 13, 2008, to discuss further discovery and possible settlement of this case. Based on those discussions, and after further review of documents produced in discovery, on February 25, 2008, the defendant provided plaintiffs with its views regarding a basis for settling this case. Plaintiffs are currently considering their response to defendant's views. However, it is not expected that the response can be finalized by current deadline of February 29, 2008. If this case can be settled there will be no need for further discovery. Therefore, the parties request that they be allowed until March 18, 2008, to determine

whether there is any possibility of settling this case prior to completion of all discovery. The parties propose that they file another joint status report on March 18, 2008, either setting forth the status of any settlement or setting forth a schedule for the completion of discovery in the above-captioned case.

Respectfully submitted,

2/28/08
DATE

s/Stephen D. Gardner
STEPHEN D. GARDNER
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6130

Counsel for Plaintiffs

2/28.08
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

2/28/08
DATE

s/Steven I. Frahm
Of Counsel

Counsel for Defendant