IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-879 T

(Judge Bruggink)

E.I. DUPONT DE NEMOURS AND COMPANY, INC.,
AND AFFILIATED CORPORATIONS,

Plaintiffs

v.

UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Court's Order of November 7, 2007, the parties submit the following joint status report regarding their progress in completing discovery in the above-captioned case.

The parties are continuing to engage in substantive settlement discussions. As a result of those discussions, plaintiffs are to supply defendant with further documentation in the next couple of weeks. Defendant requires some additional time to review those documents, after which the parties can complete their discussions. The parties request that they be allowed until April 22, 2008, to determine whether this case can be settled prior to conducting further discovery. The parties propose that they file another joint status report on April 22, 2008, either

setting forth the status of any settlement or setting forth a schedule for the completion of discovery in the above-captioned case.

Respectfully submitted,

3/24/08
DATE

s/Stephen D. Gardner

STEPHEN D. GARDNER
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6130

Counsel for Plaintiffs

3/24/08
DATE

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

3/24/08
DATE

s/Steven I. Frahm
Of Counsel

Counsel for Defendant