IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-879 T

(Judge Bruggink)

E.I. DUPONT DE NEMOURS AND COMPANY, INC.,
AND AFFILIATED CORPORATIONS,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order of November 7, 2007, the parties submit the following joint status report regarding their progress in the above-captioned case.

Counsel for the parties have continued to engage in substantive settlement discussions and have arrived at a possible basis for settling the above-captioned case. However, counsel for the parties need additional information regarding one of the issues involved in the potential settlement. It is possible that this information will have to be obtained from third parties, which will take additional time. If counsel arrive at a basis for settlement, plaintiffs will submit a formal settlement offer to defendant, and the parties will file a motion to suspend proceedings in the above-captioned case pending the review of that offer. The parties suggest that they file

another status report in 45 days regarding the status of settlement negotiations in the event a motion to suspend is not filed prior to that date.

Respectfully submitted,

4/22/08
DATE

s/Stephen D. Gardner
STEPHEN D. GARDNER
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6130

Counsel for Plaintiffs

4/22/08
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

4/22/08
DATE

s/Steven I. Frahm
Of Counsel

Counsel for Defendant