IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-879 T

(Judge Bruggink)

E.I. DUPONT DE NEMOURS AND COMPANY, INC.,
AND AFFILIATED CORPORATIONS,

Plaintiffs

v.

UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Court's Order of November 7, 2007, the parties submit the following joint status report regarding their progress in the above-captioned case.

Counsel for the parties have continued to engage in substantive settlement discussions and have arrived at a possible basis for settling the above-captioned case. On June 3, 2008, defendant's counsel received from plaintiffs' counsel documents related to one of the issues in the potential basis for settlement. Defendant's counsel requires a brief period of time to complete his review of those documents, after which the parties will be able to complete their settlement discussions. The parties propose that they file another status report on June 20, 2008,

regarding their progress regarding settlement of the above-captioned case.

Respectfully submitted,

6/05/08
DATE

s/Stephen D. Gardner
STEPHEN D. GARDNER
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6130

Counsel for Plaintiffs

6/05/08
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

6/05/08
DATE

s/Steven I. Frahm
Of Counsel

Counsel for Defendant