# In the United States Court of Federal Claims

No. 06-879T
(Filed: June 6, 2008)

*********************************
E.I. DuPONT de NEMOURS & Co.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*,
*********************************

ORDER

Pursuant to representations made in the parties' Joint Status Report filed June 5, 2008, the following is ORDERED:

On or before June 27, 2008, defendant shall file a status report on behalf of both parties summarizing the progress made towards concluding discovery and suggesting any other necessary procedures.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge