IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-879 T

(Judge Bruggink)

E.I. DUPONT DE NEMOURS AND COMPANY, INC.,
AND AFFILIATED CORPORATIONS,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR SUSPENSION

The parties respectfully request for the following reasons that this Court suspend proceedings in the above-captioned case until the defendant has completed its review of the plaintiff's offer to settle the above-captioned case. On June 12, 2008, defendant received an offer from plaintiff to settle all issues set forth in the complaint in the above-captioned case. Defendant's counsel is recommending acceptance of that offer. The offer has been submitted to the Internal Revenue Service for its views. Once the views of the IRS have been received, the offer will then be reviewed by the Department of Justice. The parties request that proceedings in the above-captioned case be suspended until a final decision has been made on the plaintiff's

offer. The parties propose that they file a status report every 90 days advising the Court of the status of the review of the plaintiff's settlement offer.

Respectfully submitted,

6/19/08
DATE

s/Stephen D. Gardner
STEPHEN D. GARDNER
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6130

Counsel for Plaintiffs

6/19/08
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

6/19/08
DATE

s/Steven I. Frahm
Of Counsel

Counsel for Defendant