# In the United States Court of Federal Claims

No. 06-879T
(Filed: June 20, 2008)

*********************************
E.I. DuPONT de NEMOURS & Co.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*,
*********************************

ORDER

Pending is the parties' motion for suspension until the defendant has completed its review of plaintiff's settlement offer. That motion is granted. The parties shall file a status report every 90 days advising the court of the review of plaintiff's settlement offer. The first status report shall be filed on or before Thursday, September 18, 2008.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge